IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMER GLASS | : | CIVIL ACTION |
| v. | : | |
| DONALD T. VAUGHN, et al. | : | NO. 91-963 |

ORDER

AND NOW, this 29th day of June, 2016, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of petitioner Commer Glass (Doc. # 104) for relief from judgment under Rule 60(b)(6) of the Federal Rules of Civil Procedure is DENIED; and

(2) to the extent that a certificate of appealability is necessary to take an appeal, it is not issued.

BY THE COURT:

/s/ Harvey Bartle III
                                J.